```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

 IN RE:                                         CASE NO. 07 B 00230
    AMANDA L COTTONE
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-7767


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

      1.  The case was filed on 01/06/07 and confirmed on 05/03/07.

      2.  The case was dismissed after confirmation, 09/21/2007.

      3.  The Debtor paid a total of $    1135.00 .

      4.  The Trustee made disbursements to creditors as follows:


 -----------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
 -----------------------------------------------------------------------------
 NATIONAL CITY HOME LOAN    CURRENT MORTG         .00          .00          .00
 NATIONAL CITY HOME LOAN    MORTGAGE ARRE         .00          .00          .00
 NATIONAL CITY HOME LOAN    SECURED               .00          .00          .00
 NATIONAL CITY HOME LOAN    MORTGAGE ARRE     2560.00          .00          .00
 WESPARK CONDO ASSOC        SECURED           3500.00          .00       291.65
 CAPITAL ONE BANK           UNSECURED          917.89          .00          .00
 MAZDA AMERICAN CREDIT      SECURED VEHIC         .00          .00          .00
 US DEPARTMENT OF EDUCATI   UNSECURED         2677.95          .00          .00
 ECAST SETTLEMENT CORPORA   UNSECURED          786.00          .00          .00
           Summary of disbursements:
 -----------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED      OTHER        TOTAL
 -----------------------------------------------------------------------------
 TOTAL CLMS ALLOWED   6060.00          .00      4381.84        .00     10441.84
 PRINCIPAL PAID        291.65          .00           .00       .00       291.65
 INTEREST PAID            .00          .00           .00       .00          .00
 TOTAL PAID            291.65          .00           .00       .00       291.65
 The Debtor's attorney, DAVID M SIEGEL                , was allowed $   3000.00
 and was paid $     376.00  direct and $     810.89  through the plan.

 The Trustee received $       32.46 .

 Refunds to the Debtor totaled $          .00 .

      Wherefore, the Trustee requests an order be entered discharging
 the Trustee and the surety on his bond from any further liability
 in this case.



    Dated: 12/19/07                          /S/
```

```
                  GLENN STEARNS
                  CHAPTER 13 TRUSTEE




                              PAGE   2
     CASE NO. 07 B 00230 AMANDA L COTTONE
```